*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

June 21, 2021

No. 04-20-00562-CV

James D. **SCUDDAY,**
Appellant

v.

Austin **KING,** Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary
La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED.
Appellant's brief is due on or before **July 19, 2021**.

/s/ Irene Rios
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of June, 2021.

/s/ Michael A. Cruz
MICHAEL A. CRUZ, Clerk of Court

ENTERED THIS 21ST DAY OF JUNE, 2021.